**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:<br>ADRIENNE LYNN HONAKER,<br>Debtor. | ) | Case No. 25-22828-JAD<br>Chapter 7 |
| ADRIENNE LYNN HONAKER,<br>Plaintiff, | ) | Adv. Case No.: |
| vs. | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION,<br>Defendant. | ) | |

## ORDER OF COURT

**AND NOW**, this ______________ day of __________________, 202__, on consideration of the Plaintiff's Complaint to Determine Dischargeability of Student Loans Pursuant to 11 U.S.C. §523(a)(8), it is hereby ordered that the student loans owed by the Plaintiff, Adrienne Lynn Honaker, to Defendant United States Department of Education that are the subject of the Complaint are discharged.

BY THE COURT,

____________________________
Jeffery A. Deller
United States Bankruptcy Judge