**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:<br>ADRIENNE LYNN HONAKER,<br>Debtor. | : | Case No. 25-22828-JAD<br>Chapter 7 |
| ADRIENNE LYNN HONAKER,<br>Plaintiff, | : | Adv. Proc. No. 26-02123-JAD |
| vs. | : | |
| UNITED STATES DEPARTMENT OF EDUCATION,<br>Defendant. | : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that service of the Summons, Adversary Complaint, and the Court's First Pretrial Order was made on the 10th day of November 2026, on the following parties, in the manner so stated:

By First-Class United States Mail, Postage Prepaid, and by Certified Mail:

**Attorney General of the United States**
**U.S. Department of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**The United States Attorney**
633 Joseph F. Weis Jr. United States Courthouse
Pittsburgh, PA 15219−1955

**United States Department of Education**
**Office of the General Counsel**
**ATTN: Deputy General Counsel**
LBJ Department of Education Building
400 Maryland Avenue, SW
Washington, DC 20202

**Civil Process Clerk**
**Office of the United States Attorney**
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalties of perjury, I declare the foregoing is true and correct.

Dated: November 10, 2026

**VAN HORN LAW GROUP, P.A.**
*Attorney for Plaintiff*
5001 Baum Blvd Suite 417
Pittsburgh, PA 15213
Telephone: (412) 399-0000
Email: chad@cvhlawgroup.com

By: **/s/ Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
Admitted to the United States District Court
for the Western District of Pennsylvania